UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FELICIA WHITLEY, JAMES SNIPES, DALE SNIPES, and FRANKIE CONLEY, Individually, and as the beneficiaries and heirs at law of AILENE SNIPES, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDEPENDENT ORDER OF FORESTERS, d/b/a FORESTERS, and FORESTERS EQUITY SERVICES, INC., <br><br> Defendants. | Civil Action No. 2:11-cv-02235 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this civil action that have appeared hereby stipulate that this civil action, including all claims contained in the original complaint and the counterclaim, may be dismissed, with prejudice, and with no fees or costs of any type awarded to any party.

WE SO STIPULATE:

WEINMAN & ASSOCIATES

/s/ Robert L. Thomas
Robert L. Thomas (#026629)
112 South Liberty Street
P. O. Box 266
Jackson, TN  38302-0266
731-423-5565
robert@weinmanandassoc.com

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ PC

        /s/ Stacie S. Winkler
        S. Russell Headrick (#5705)
        Stacie S. Winkler (#23098)
        165 Madison Avenue, Suite 2000
        Memphis, TN  38103
        901-526-2000
        rheadrick@bakerdonelson.com
        swinkler@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011, I electronically filed the foregoing document using the ECF utility system, which will send notification of such filing to the following:

Robert L. Thomas (#026629)
WEINMAN & ASSOCIATES
112 South Liberty Street
P. O. Box 266
Jackson, TN  38302-0266

This 26th day of August, 2011.

        /s/ Stacie S. Winkler