*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**FELICIA WHITLEY, JAMES SNIPES,**            **JUDGMENT IN A CIVIL CASE**
**DALE SNIPES, and FRANKIE CONLEY,**
Individually, and as the beneficiaries
and heirs at law of AILENE SNIPES, Deceased

**v.**

**THE INDEPENDENT ORDER OF**                **CASE NO: 11-2235-A**
**FORESTERS, d/b/a FORESTERS, and**
**FORESTERS EQUITY SERVICES, INC.**

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Stipulation Of Dismissal With Prejudice entered on August 26, 2011, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 8/29/2011**                                    **THOMAS M. GOULD**
                                                       **Clerk of Court**

                                                       **s/Terry L. Haley**
                                                    **(By)  Deputy Clerk**